UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br>            Plaintiff,<br>    v.<br>C. TANORI, et al.,<br>            Defendants. | Case No. 23-cv-04391-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 17, 18 and 19 |

Plaintiff Baker's motion for voluntary dismissal without prejudice is GRANTED. (Dkt. No. 18.) Accordingly, this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(2).

Because this dismissal is without prejudice, Baker may move to reopen. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 5, 2024



WILLIAM H. ORRICK
United States District Judge