UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br>   Plaintiff,<br> v.<br>C. TANORI, et al.,<br>   Defendants. | Case No. 23-cv-04391-WHO (PR)<br>**ORDER REOPENING ACTION**<br>Dkt. Nos. 24, 25, and 28 |

In 2024, plaintiff Baker's motion for voluntary dismissal without prejudice was granted, and this federal civil rights action was dismissed. (Dkt. No. 20.) In 2025, he has filed motions to reopen, along with an amended complaint. (Dkt. Nos. 24, 25, 28.) The motion to reopen is GRANTED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

The amended complaint will be reviewed in a separate order.

The Clerk shall reopen this action and terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** August 11, 2025

                _____
                WILLIAM H. ORRICK
                United States District Judge